UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M.A. TINNA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-00171-SAB (PC)<br><br>ORDER TO SUBMIT **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS |

　　　Plaintiff Archie Cranford is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　The Clerk's Officer shall send Plaintiff the attached form for application to proceed in forma pauperis **for a non-prisoner**;

　　　2.　　Within thirty days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a non-prisoner**, or in the

1  alternative, pay the $400.00 filing fee for this action.  **Failure to comply with this order will result
2  in dismissal of this action.**

6  IT IS SO ORDERED.

7  Dated:   **February 11, 2014**  
8  UNITED STATES MAGISTRATE JUDGE