UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>        Plaintiff,<br><br>        v.<br><br>M.A. TINNA, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-00171-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT<br><br>[ECF No. 6] |

      Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

      On February 17, 2014, Plaintiff filed a motion to amend the complaint.

      Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served.  Otherwise, a party may amend only by leave of the court or by written consent of the adverse part, and leave shall be freely given when justice so requires.  Fed. R. Civ. P. 15(a).

      Because Plaintiff has not yet amended the complaint and no response has been filed, Plaintiff may amend the complaint as a matter of course.  Plaintiff advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of the complaint for sufficiency to state a claim.  The Court must dismiss a complaint or portion thereof if it determines that the action has raised claims that are legally "frivolous or malicious," "fails to state a claim upon which relief may be granted," or

1  that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. §
2  1915(e)(2)(B).  In addition, Plaintiff is advised that an amended complaint supersedes the original
3  complaint.  <u>Forsyth v. Humana, Inc.</u>, 114 F.3d 1467, 1474 (9th Cir. 1997); <u>King v. Atiyeh</u>, 814 F.2d
4  565, 567 (9th Cir. 1987).  The amended complaint must be "complete in itself without reference to the
5  prior or superseded pleading."  Local Rule 220.

6      Accordingly,

7      IT IS HEREBY ORDERED that:

8      1.    Plaintiff's motion to amend, filed February 17, 2014, is GRANTED; and

9      2.    Within thirty days from the date of service of this order Plaintiff may file an amended
10 complaint.

12 IT IS SO ORDERED.

13     Dated: **February 24, 2014**

14     UNITED STATES MAGISTRATE JUDGE

2